

LAW OFFICES OF GEOFF WIGGS
Geoffrey E. Wiggs (SBN 276041)
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

Attorney for Movant
Peter Pirouzkar

The following constitutes the order of the Court.
Signed: February 27, 2020

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

**JAMSHID DARYANABARD**,

Debtor.

CASE NO.: 19-52067

Chapter 13

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY *NUNC PRO TUNC***

**Hearing Held: 2/11/20**
**Hearing Time: 10:30**
**Courtroom: 9**

The Motion For Relief From The Automatic Stay *Nunc Pro Tunc* ("Motion"), filed on January 24, 2020 as Docket No. 26 by creditor Peter Pirouzkar ("Movant"), came on for hearing before this Court on February 11, 2020 ("Hearing"). By the Motion Movant sought stay relief to complete to a judgement proceedings currently in process in the California Superior Court, County of Santa Clara styled *In the Estate of Mahin Pirouzkar, Deceased*, case number 18PR183840.

Attorney Vinod Nichani appeared for the Law Offices of Geoff Wiggs on behalf of Movant and attorney David Boone appeared for Debtor.

The Court, having considered the Motion, Debtor's Opposition, Movant's Reply, and the arguments of counsel at the hearing, and good cause appearing:

**IT IS HEREBY ORDERED** that the automatic stay is lifted under Bankruptcy Code Section 362(d) for good cause to allow Movant to continue to prosecute the case *In the Estate of Mahin Pirouzkar, Deceased*, case number 18PR183840 filed in the Superior Court of California, County of Santa Clara to conclusion, including any proceedings in the California Court of Appeal, the California Supreme Court or the United States Supreme Court; provided that no party may enforce any judgment against the Debtor's estate with respect to these claims other than through the filing of a proof of claim in this Bankruptcy Case.

It is further ordered that relief from the automatic stay is granted *nunc pro tunc* to the date of the filing of this bankruptcy case with respect to the state court matter.

**** END OF ORDER ****

- 2 -

**ORDER ON MOTION FOR RELIEF FROM STAY**     **Case Number: 19-52067**
Case: 19-52067    Doc# 34    Filed: 02/27/20    Entered: 02/27/20 14:26:36    Page 2 of 3

SERVICE LIST

*NONE

- 3 -

**ORDER ON MOTION FOR RELIEF FROM STAY**     **Case Number: 19-52067**
Case: 19-52067   Doc# 34   Filed: 02/27/20   Entered: 02/27/20 14:26:36   Page 3 of 3