

```
                                        Entered on Docket
                                        May 12, 2020
                                        EDWARD J. EMMONS, CLERK
                                        U.S. BANKRUPTCY COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE #256514
NANETTE DUMAS #148261
JANE Z. BOHRER #243692
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

The following constitutes the order of the Court.
Signed: May 12, 2020

_____
**Stephen L. Johnson**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

JAMSHID DARYANABARD,

Debtor(s)

CHAPTER 13 CASE NO. 19-52067 SLJ

**ORDER ON TRUSTEE'S MOTION TO DISMISS**

Hearing Date: May 14, 2020
Hearing Time: 11:00 a.m.
Judge: Hon. Stephen L. Johnson
Place: U.S. Bankruptcy Court
       280 S. First St., Courtroom 9
       San Jose, California 95113

    Devin Derham-Burk, the Chapter 13 Standing Trustee ("Trustee"), filed and served a Motion to Dismiss this case ("Motion") on March 30, 2020. [Docket #38]. On March 30, 2020, Trustee filed and served a Notice of Hearing on the Motion to Dismiss in compliance with Bankruptcy Local Rule 9014-1(b)(2) and (c)(2). The Court finds that notice was proper and has considered all pleadings and evidence before it and good cause appearing,

    IT IS HEREBY ORDERED as follows:

    1.    Debtor(s) shall confirm a Chapter 13 Plan by September 24, 2020;

2. The Clerk of the Court shall dismiss this case if a Plan has not been confirmed by close of business on September 24, 2020.

***END OF ORDER***

## COURT SERVICE LIST

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE