Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: Jamshid Daryanabard | Case No.: 19–52067 SLJ 13 |
|---|---|
| aka Norooz Bazaar | Chapter: 13 |
| aka Saffron Restaurant | |
| aka Norooz Bazaar, Inc. | |
| Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 05/12/2020 dismissing the above–captioned case effective 9/25/2020.

Dated: 9/25/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 44